07/10/2006  18:32  5106373724                    US ATTORNEYS OFFICE                    PAGE  02/03

KEVIN V. RYAN (CASBN 118321)
United States Attorney

**FILED**

JUL 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00146 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| v. | |
| MARLA ROBINSON and JOSE RAMIREZ, | |
| Defendants. | OAKLAND VENUE |

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, that the status hearing currently scheduled for July 21, 2006, be continued to August 18, 2006, and that time be excluded during that four-week period.

The primary reason for this continuance is that the government recently produced approximately 300 pages of documents to the defendants. Defense counsel need time to review those materials to prepare effectively and to advise their clients.

The parties also stipulate and request that the time from July 21 through and including August 18 be excluded pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

//
//
//

[PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME;
U.S. v. Robinson and Ramirez, CR 06-00146 DLJ

07/10/2006  18:32  5106373724                 US ATTORNEYS OFFICE                    PAGE  03/03

1  (B)(iv) for effective preparation of counsel.

2  DATED:       July 1✓, 2006

3                                                                          W. DOUGLAS SPRAGUE
                                                                           Assistant United States Attorney

4              July ___, 2006

5                                                                          SCOTT SUGARMAN
                                                                           Attorney for defendant Marla
6                                                                          Robinson

7              July 12, 2006

8                                                                          PAUL WELLENCAMP
                                                                           Attorney for defendant Jose
9                                                                          Ramirez

10                                     **ORDER**

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

12     1.    The ends of justice served by granting the continuance outweigh the best interests

13  of the public and the defendants in a speedy and public trial;

14     2.    Counsel for each defendant needs additional time to review materials provided by

15  the government;

16     3.    The status hearing set for July 21, 2006, is VACATED;

17     4.    A status hearing is set for August 18, 2006, at 9:00 a.m.; and

18     5.    The time from July 21, 2006, to and including August 18, 2006, is

19  excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A) and (B).

20  IT IS SO ORDERED.

21  DATED:       July ___, 2006

22                                                                         HON. D. LOWELL JENSEN
                                                                           U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME;
U.S. v. Robinson and Ramirez, CR 06-00146 DLJ

Case 4:06-cr-00146-DLJ   Document 23   Filed 07/20/06   Page 3 of 3

Jul-19-2006 01:35pm  From-44 MONTGOMERY.SUITE 2080        4156779445         T-147  P.001/001  F-986
07/19/2006  14:20   5106373724          US ATTORNEYS OFFICE                         PAGE 03/03

1. (B)(iv) for effective preparation of counsel.

2. DATED:    July ___, 2006

W. DOUGLAS SPRAGUE
Assistant United States Attorney

    July 19, 2006

SCOTT SUGARMAN
Attorney for defendant Marla Robinson

    July ___, 2006

PAUL WELLENCAMP
Attorney for defendant Jose Ramirez

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy and public trial;

2. Counsel for each defendant needs additional time to review materials provided by the government;

3. The status hearing set for July 21, 2006, is VACATED;

4. A status hearing is set for August 18, 2006, at 9:00 a.m.; and

5. The time from July 21, 2006, to and including August 18, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A) and (B).

IT IS SO ORDERED.

DATED:    July 20, 2006

HON. D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME;
U.S. v. Robinson and Ramirez, CR 06-00146 DLJ