## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil  
U.S. Magistrate Judge

**RE:** ROBINSON, MARLA

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 06-00146 DLJ

**DATE:** July 20, 2006

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Betty Kim  
U.S. Pretrial Services Officer

510-637-3755  
TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __8/1/06 Tuesday__ at __10:00 am__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

JUDICIAL OFFICER: /s/ Wayne D. Brazil    DATE: 7/20/06

Copy of face sheet only ct: WDB's stats, Pretrial, Financial, Frances. Copies to parties via ECF

Cover Sheet (12/03/02)