~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG 1 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: ROBINSON, MARLA

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 06-00146 DLJ

DATE: August 8, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty Kim
U.S. Pretrial Services Officer

510-637-3755
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[~~X~~] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court
Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[X] Other Instructions: defendant agrees to a midnight curfew on Friday & Saturday nights or other restrictions set by Pretrial Services

_Wayne D. Brazil_                8-10-06
JUDICIAL OFFICER                 DATE

cc: WDB's stats, Copy to parties via ECF
Pretrial, Financial, Frances

Cover Sheet (12/03/02)