## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>SEP 2 8 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** ROBINSON, MARLA |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** CR 06-00146 DLJ |
| **DATE:** | September 28, 2006 | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty Kim                                        510-637-3755
U.S. Pretrial Services Officer                   TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

/s/ Wayne D. Brazil                           9-28-06
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)    cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Frances

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Betty Kim
U.S. Pretrial Services Officer
**Subject:** ROBINSON, MARLA
DOCKET NO.: CR 06-00146
**Date:** September 28, 2006



# MEMORANDUM

Your Honor:

On July 20, 2006, Pretrial Services submitted a memorandum to inform Your Honor that the above-referenced defendant was arrested by the Emeryville Police Department on June 14, 2006, for Receive/Etc. Known Stolen Property and Grand Theft.

As such, the defendant appeared before Your Honor for a bail review hearing on August 1, 2006. On that date, Ms. Robinson was admonished by Your Honor for the violation. Ms. Robinson was allowed to remain on release pending her case. On August 8, 2006, Mr. Robinson's conditions were modified to include a condition of automated curfew as directed by Pretrial Services. The defendant's curfew is currently Sunday through Thursday at 9:00 P.M. and Friday and Saturdays at 12:00 A.M.

## VIOLATIONS:

Pretrial Services received alerts from our automated curfew system for the defendant on the following dates and for the following reasons:

| DATE | TIME | EVENT |
| --- | --- | --- |
| August 17, 2006 | 9:00 P.M. | No response |
| August 17, 2006 | 10:11 P.M. | No response |
| August 18, 2006 | 12:09 A.M. | Hung up before end |
| August 25, 2006 | 12:58 A.M. | No response |
| August 28, 2006 | 11:33 P.M. | Hung up before end |

When questioned as to why she failed to respond to her curfew calls, Mr. Robinson indicated that on some occasions, another individual in the residence picked up the telephone and hung it up and/or she did not hear the telephone ring. Subsequent to each alert, Pretrial Services had a lengthy discussion with Ms. Robinson regarding the importance of answering all curfew calls and advised her to pick up the telephone herself during her designated curfew hours.

PAGE TWO
MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: ROBINSON, MARLA

It should be noted that if the defendant does not answer the telephone and complete the automated curfew process, Pretrial Services cannot confirm whether or not the defendant was at her residence during her designated curfew hours.

Since August 2006, when her automated curfew initiated, Pretrial Services has worked with Ms. Robinson and we have given her a chance to get acclimated with the curfew process. It appears that Ms. Robinson has answered all of her telephone calls for curfew subsequent to her violation on August 28, 2006. The defendant understands that further violations of her curfew condition will result in more severe sanctions.

Pretrial Services would respectfully recommend that no action be taken at this time. We will continue to monitor Ms. Robinson's her automated curfew and inform the Court of any further violations.

Respectfully Submitted,

Betty A. Kim
U.S. Pretrial Services Officer

Reviewed by

Silvio A. Lugo, Supervising
U.S. Pretrial Services Officer

cc: Scott Sugarman, defense counsel
    Douglas Sprague, Assistant U.S. Attorney