1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

**FILED**

OCT 0 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 06-00146 DLJ |
| Plaintiff,                           ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| v.                                   ) | |
| MARLA ROBINSON and JOSE RAMIREZ,     ) | |
| Defendants.                          ) | OAKLAND VENUE |

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, that the status hearing currently scheduled for October 6, 2006, be continued to October 27, 2006, and that time be excluded during that three-week period.

Undersigned government counsel is unavailable on October 6. In addition, counsel for defendant Robinson has been preparing for a lengthy federal trial that was scheduled to begin October 3, but only recently was continued until January. Furthermore, counsel for defendant Ramirez was involved in an unexpected hearing much of this week.

For these reasons, the parties also stipulate and request that the time from October 6 through and including October 27 be excluded pursuant to Title 18, United States Code, Sections

//

//

[PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME;
U.S. v. Robinson and Ramirez, CR 06-00146 DLJ

1  3161(h)(8)(A) and (B)(iv) for effective preparation of counsel and continuity of all counsel.

DATED:   October 4, 2006

/s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

October 4, 2006

/s/
SCOTT SUGARMAN
Attorney for defendant Marla Robinson

October 4, 2006

/s/
PAUL WELLENCAMP
Attorney for defendant Jose Ramirez

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy and public trial;

2. The status hearing set for October 6, 2006, is VACATED;

3. A status hearing is set for October 27, 2006, at 9:00 a.m.; and

4. The time from October 6, 2006, to and including October 27, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A) and (B).

**IT IS SO ORDERED.**

DATED:   October 6, 2006

HON. D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME;
U.S. v. Robinson and Ramirez, CR 06-00146 DLJ