~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil  
U.S. Magistrate Judge

**RE:** ROBINSON, MARLA

FILED  
FEB 1 – 2007  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 06-00146-DLJ

**DATE:** February 1, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty Kim  
U.S. Pretrial Services Officer

510-637-3755  
**TELEPHONE NUMBER**

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The automated curfew condition shall be removed.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_  
**JUDICIAL OFFICER**

2-1-07  
**DATE**

Cover Sheet (12/03/02)

Cover sheet copy to: WDB's stats, copy to parties via ECF, Pretrial, Frances, Financial