SCOTT A. SUGARMAN (Cal. Bar No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, CA 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant MARLA ROBINSON

**FILED**
MAR 0 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 06-00146 DLJ |
| Plaintiff,                      ) | STIPULATION AND [~~Proposed~~] ORDER TO CONTINUE SENTENCING |
| v.                              ) | |
| MARLA ROBINSON,                 ) | OAKLAND VENUE |
| Defendant.                      ) | |

Defendant Marla Robinson has entered a guilty plea is this action and is awaiting sentencing. She is out of custody. Sentencing is now set for March 23, 2007.

Scott A. Sugarman, the attorney for defendant Marla Robinson, has been in trial in the United States District Court for the Northern District of California since January 16, 2007, in United States v. Quan, et al., before the Honorable William Shubb. As a result, he has found it difficult to be available for the probation interview of his client in this matter. He believes that the interview will occur within the next two weeks. However, that will leave insufficient time for the probation officer to prepare her report for this Court.

After consultation with this Court's clerk, it appears that this Court would be available to conduct a sentencing hearing in this matter on Monday, April 16, 2007, at 12:00 noon. While counsel for Ms. Robinson is likely to still be in trial, the trial is usually not in session on Monday.

STIPULATION AND {PROPOSED} ORDER
TO CONTINUE SENTENCING
CR 06-00146 DLJ

1  The probation officer assigned to this matter, Jessica Goldsberry, has stated that she had no
2  objection to that date for sentencing.
3      The parties STIPULATE that sentencing in this matter should be continued from March
4  23, 2007, to April 16, 2007, at 12:00 noon.

6  DATE:     March 1, 2007          ___/s/_____
                                     Scott A. Sugarman
7                                    Attorney for Marla Robinson

9  DATE:     March 1, 2007          _____/s/_____
                                     W. Douglas Sprague
10                                   Assistant United States Attorney

11 **SO ORDERED.**

13 DATED:    March _1_, 2007         _____
14                                   D. LOWELL JENSEN
                                     UNITED STATES DISTRICT JUDGE