SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445
email: scottsugar@aol.com

Attorneys for Defendant
MARLA ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLA ROBINSON,<br><br>Defendant. | No. CR 06-00146 DLJ<br><br>**STIPULATION AND ~~[Proposed]~~ ORDER TO CONTINUE SENTENCING**<br><br>DATE: April 16, 2007<br>TIME: 12:00 p.m. |

Defendant Marla Robinson has entered a guilty plea is this action and is awaiting sentencing. She is out of custody. Sentencing is now set for April 16, 2007.

Scott A. Sugarman, the attorney for defendant Marla Robinson, has been in trial in the United States District Court for the Northern District of California since January 16, 2007, in United States v. Quan, et al., before the Honorable William Shubb. Following the probation interview, the probation officer very recently issued her Presentence Report. However, due to Mr. Sugarman's continuing trial, he has had insufficient time to prepare a sentencing memorandum on behalf of Mr. Robinson. Further, counsel for the government, W. Douglas Sprague, must be out of state commencing April 19, 2007.

After consultation with this Court's clerk, it appears that this Court would be available to conduct a sentencing hearing in this matter on Monday, April 30, 2007, at 12:00 noon. While counsel for Ms. Robinson is likely to still be in trial, the trial is usually not in session on Monday. Counsel left a message for Ms. Jessica Goldsberry regarding this proposed change of sentencing date, but her voicemail message stated that she is presently out of town and will not return until April 17, 2007. Based on a prior conversation between Ms. Goldsberry and Mr. Sugarman, Mr. Sugarman believed that Ms. Goldsberry will have no objection to continuing the date for sentencing.

The parties STIPULATE that sentencing in this matter should be continued from April 16, 2007, to April 30, 2007, at 12:00 noon.

DATE: April 12, 2007

____/s/________________________
Scott A. Sugarman
Attorney for Marla Robinson

DATE: April 11, 2007

__________/s/_____________________
W. Douglas Sprague
Assistant United States Attorney

**SO ORDERED.**

DATED: April ___, 2007

______________________________
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE