SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery Street, Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
   MARLA ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0146 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | **ORDER** TO TERMINATE |
| ) | SUPERVISED RELEASE |
| MARLA ROBINSON, ) | |
| ) | |
| Defendant. ) | |

On August 27, 2010, this Court modified defendant Marla Robinson's conditions of supervised release to extend the period of supervision 120 days to September 8, 2011.  However, this Court also stated in its Order that if defendant Robinson had no violations of her supervised release between the date of the Court's Order and May 8, 2011, the date upon which supervised release was originally set to expire, defendant Robinson could move, through counsel, to terminate supervised release effective May 8, 2011.

Defendant Marla Robinson's probation officer, Barry Fisher, informed defendant's counsel that Marla Robinson has not incurred any violations since that Court's Order.  He informed counsel that he has no objection to the termination of supervised release on May 8, 2011.

STIPULATION AND [proposed] ORDER TO TERMINATE SUPERVISED RELEASE
   No. CR 06-00146 DLJ

1

1  The parties STIPULATE that this Court shall order that defendant Marla Robinson's
2  supervised release terminate on May 8, 2011.
3  IT IS SO STIPULATED.

4  DATED:                                                  /s/
5  Stephen Corrigan
   Assistant United States Attorney

7  DATED:                                                  /s/
8  Scott A. Sugarman
   Attorney for MARLA ROBINSON

10 GOOD CAUSE APPEARING, and upon Stipulation of the parties, the supervised release of defendant Marls Robinson is hereby ordered terminated on May 8, 2011.

12 DATE: May 5, 2011
13 D. LOWELL JENSEN
   UNITED STATES DISTRICT JUDGE

STIPULATION AND [proposed] ORDER TO TERMINATE SUPERVISED RELEASE
No. CR 06-00146 DLJ

2